# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**AMWINS SPECIALTY**
**LOGISTICS UNDERWRITERS**                                          **PLAINTIFF**

**v.**                  **CASE NO. 3:22-CV-00258-BSM**

**JUSTIN TRAVIS,** *et al.*                                        **DEFENDANTS**

## ORDER

Pursuant to plaintiff's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i) [Doc. No. 8], this case is dismissed without prejudice.

IT IS SO ORDERED this 24th day of March, 2023.

                                               _____
                                               UNITED STATES DISTRICT JUDGE