# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**AMWINS SPECIALTY**
**LOGISTICS UNDERWRITERS**                                                              **PLAINTIFF**

**v.**                              **CASE NO. 3:22-CV-00258-BSM**

**JUSTIN TRAVIS,** *et al.*                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 24th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE